U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2019 NOV 13 A 11: 59

STEPHEN C. DRIES
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MASON O. BEAUDRY and
JUAN M. CARDENAS,

    Defendants.

19-CR-201

Case No. 19-CR-

[18 U.S.C. §§ 922(g)(1), 922(a)(6), and 924(a)(2)]

**Green Bay Division**

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. On or about July 15, 2019, in the State and Eastern District of Wisconsin,

**MASON O. BEAUDRY,**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearm is more fully described as a Taurus G2C model 9mm handgun bearing serial number TMR38037.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about July 15, 2019, in the State and Eastern District of Wisconsin,

**JUAN M. CARDENAS,**

in connection with the acquisition of a firearm, more specifically a Taurus G2C model 9mm handgun bearing serial number TMR38037, from Fleet Farm in Grand Chute, a federally licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement intended and likely to deceive Fleet Farm, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that he was the actual purchaser of the firearm.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL:

FOREPERSON

Dated: 11-13-19

MATTHEW D. KRUEGER
United States Attorney