# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**

v.

**MASON O. BEAUDRY**

**HEARING MINUTES**
**ARRAIGNMENT**

Case No. 19-CR-201

---

HONORABLE James R. Sickel, presiding
Proceeding Held: November 19, 2019
Deputy Clerk: Cheryl

Time Called: <u>1:54 p.m.</u>
Time Concluded: <u>2:04 p.m.</u>
Tape: <u>111919</u>

**Appearances:**

UNITED STATES OF AMERICA by:  Daniel R. Humble

MASON O. BEAUDRY in person and by:  Thomas E. Phillip

US PROBATION OFFICE by:  Brian Koehler

INTERPRETER: None  ☐ Interpreter Sworn

---

☒ Original Indictment ☐ Superseding Indictment ☒ Felony ☐ Misdemeanor

| | | | |
|---|---|---|---|
| Speedy Trial Date: | **January 28, 2020** | Trial Estimate: | **2 days** |
| Final Pretrial Date: | **1/9/2020 at 1:30 p.m.** | Motions Due: | **12/4/2019** |
| Jury Trial Date: | **1/27/2020 at 8:30 a.m.** | Responses Due: | **12/16/2019** |
| District Judge: | **William C. Griesbach** | Replies Due: | **12/23/2019** |
| Magistrate Judge: | **Wiliam E. Duffin** | | |

---

☒ Defendant advised of rights
☒ Court orders counsel appointed
☒ Copy of indictment received by defendant
    ☒ indictment read; or ☐ reading waived
☒ Not guilty plea entered by: ☒ defendant ☐ court

☒ Defendant advised of maximum penalties
☒ Open discovery policy applies
☒ Government to disclose GJ materials one day prior to trial

---

☒ Defendant released on: ☒ O/R bond; ☐ Cash bond; ☐ Property bond; ☒ with conditions.
    SEE Order Setting Conditions of Release.
☐ Defendant is ordered detained pending trial. SEE Order of Detention Pending Trial.
☐ Court orders federal detainer.
☐ Defendant is ordered temporarily detained. Detention hearing set for:
☐ Bond continued; or ☐ Detention continued as previously set

---

Maximum Penalties: Count 1: 10y; $250.000; 3y SR; $100 SA