# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **CHANGE OF PLEA HEARING MINUTES** |
| MASON O. BEAUDRY | Case No. 19-CR-201 |

HONORABLE WILLIAM C. GRIESBACH presiding  Time Called: 11:37 am
Proceeding Held: January 30, 2020  Time Concluded: 11:53 am
Deputy Clerk: Lori  Tape: 013020

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Daniel R. Humble |
| MASON O. BEAUDRY, in person and by: | Krista A. Halla-Valdes |
| US PROBATION OFFICE by: | Brian Koehler |
| INTERPRETER: None | ☐ Interpreter Sworn |

- ☒ Defense counsel advises that defendant wishes to enter a plea of guilty
- ☒ Plea agreement filed
- ☒ Defendant has reviewed plea agreement with counsel and is satisfied w/representation
- ☒ Defendant sworn
- ☒ Defendant advised that false statements made under oath may result in prosecution for perjury
- ☒ Court questions defendant as to background, education, medical history, drug usage

- ☒ Court advises defendant as to:
  - ☒ Elements of the offense
  - ☒ Maximum penalties
  - ☐ Mandatory minimum sentence
  - ☐ Forfeiture provision
  - ☒ Sentencing guidelines
  - ☒ Right to a jury trial
  - ☐ Waiver of appeal rights
- ☒ Government provides factual basis as set forth in plea agreement

- ☒ GUILTY plea entered to Count(s) 1 of the ☒ indictment, ☐ superseding indictment, ☐ information
- ☒ CHARGE: 18:922(g)(1) and 924(a)(2) Possession of a firearm by felon
- ☒ PSR ordered
- ☒ Sentencing set for: **April 27, 2020 at 1:30 pm**

- ☒ Court finds Defendant's plea to be knowing and voluntary and that a factual basis exists for the plea
  - ☒ Defendant adjudged guilty
- ☒ FPT and JT dates removed from court calendar

☐ Detention continued; or  ☒ Bond continued:  ☒ as previously set, or  ☐ as modified: