UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                  Case No. 19-CR-201

MASON O. BEAUDRY,

    Defendant.

---

## DEFENDANT BEAUDRY'S MOTION FOR
## SENTENCING HEARING TO BE HELD BY VIDEO

---

Mason O. Beaudry, by counsel, hereby requests that the sentencing hearing now scheduled for August 3, 2020, be held by video rather than in-person. As grounds, counsel submits the following:

1.     On January 20, 2020, Beaudry pled guilty to one count of felon in possession of a firearm. Docket No. 12. Sentencing was originally set for April 27, 2020, but then the COVID-19 pandemic began and Beaudry filed subsequent motions to adjourn his sentencing on two occasions and the court granted both. Docket Nos. 19, 20 and 24, 25. The current date for his sentencing hearing is August

1

3, 2020, at 2:30 p.m. Mr. Beaudry has been out of custody on a signature bond since November 19, 2020, and compliant with all conditions of release.

    2.    Earlier this week, Beaudry contacted counsel to communicate that he was ill. Beaudry went to the doctor and was diagnosed with an upper respiratory infection and bronchitis. Gratefully, his COVID-19 test did come back negative. However, Beaudry is still quite sick and he expressed a desire to not postpone his sentencing again because he wants closure in terms of this case. In an abundance of caution, Beaudry asked counsel if we could proceed by video for his sentencing so that if he still is quite ill, he does not have to appear in person, nor does he want to expose anyone else to get sick. Counsel will file the Consent to Proceed by Video signed by Beaudry as soon as it is received.

    3.    Eastern District of Wisconsin General Orders 20-6, 20-17, and 20-18 allow the Court to hold video hearings for pleas and sentencings with consent of the defendant after consultation with counsel. Further, paragraph 9 of General Order 20-18, references counsel being able to request video hearings based on increased risks due to counsel's medical conditions or vulnerable family members. Based on counsel's doctor's advice, counsel is also requesting the hearing be conducted by video to avoid counsel or anyone else becoming ill. Beaudry and his counsel agree that it would be in the interests of justice to proceed with the

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.

sentencing by video. A video hearing would allow the case to be finished, Beaudry to be sentenced without further delay, and eliminate the risk of anyone else becoming ill which certainly serves the interests of justice, as well as Beaudry.

4. Counsel is authorized to state that the government and the Probation Office do not object to this request.

THEREFORE, on the above grounds, counsel for Beaudry respectfully requests that the sentencing hearing scheduled for August 3, 2020, at 2:30 p.m. be held by video rather than in-person.

Dated at Green Bay, Wisconsin, this 29th day of July, 2020.

Respectfully submitted,

**s/ Krista Halla-Valdes**
Krista Halla-Valdes, FL Bar #073369
Attorney for Mason O. Beaudry
Federal Defender Services of Wisconsin, Inc.
801 E. Walnut Street, Second Floor
Green Bay, Wisconsin 54301-4401
Tel: 920-430-9900
Fax: 920-430-9901
krista_halla-valdes@fd.org

N:\CASES-OPEN\A-B\BEAUDRY, MASON O. - 20-023\SENTENCING\MOTION FOR VIDEO SENTENCING.DOCX