UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

    Case No. 19-cr-201

MASON O. BEAUDRY,

    *Defendant.*

## CONSENT TO VIDEO APPEARANCE

I, Mason O. Beaudry, pursuant to the CARES Act and Eastern District of Wisconsin General Orders 20-6, 17, and 18, and after being advised by counsel of my right to be physically present during certain hearings, hereby consent and request that the sentencing hearing in my case be conducted by video conference.

7-29-20
Date

*[signature]*
Mason O. Beaudry