Honorable Judge,

We are writing this letter in hope that it will help you see what kind of person Mason Beaudry is, despite some decisions that led us to this case.
We have known Mason for 7+ years and he is the father of our beautiful grandson, River.
We have always found Mason to be kind, hardworking and now a good father to his son. River adores his dad and they have developed a healthy bond that father and son should
have. Mason has always been a part of River's life. He provides support and guidance of a good dad.
We understand the seriousness of this matter, however we hope the court will show some leniency.
Despite his current situation, we still believe Mason to be a good person and needs to be there for his son, River.
His absence would affect his son in a negative way.
We are confident that Mason has discovered new skills needed to avoid making poor decisions. He is working toward an apprenticeship in welding, sees his son on a regular basis and would be looking for housing.
It is our hope that the court takes this letter into consideration at the time of sentencing.

Sincerely,
Sharon and Joe Van Domelen



EXHIBIT A

To the Honorable Judge,

I'm Mason Beaudry's mom Elisha Steltenpohl and I wanted to write a letter in the hopes that you will see the transformation that Mason has made over the year since getting into trouble last year for his offense.

I feel that his crime should not be the only thing to define who Mason is as a person. Since this has occurred Mason has made a lot of positive changes that pertain to his sobriety and doing the best he can for his son River. Mason does his best to see his son everyday and spend a lot of quality time with him. River definitely knows who Mason is and has a good relationship with his Dad even at a young age. Mason also maintains full time employment and pays his child support, but beyond that has given money to River's mother Racheal to help with anything that she has needed for River diapers, clothes and etc.

Mason has a strong commitment to his son and wants to be a better man for his son and has told me this on numerous occasions. Mason also has told me that he wants to continue his career at his job and wants to become a welder so he can provide better financially for his son River. I also have seen Mason make positive changes in who he does choose to hang out with in his free time and he has stayed out of trouble for the last year.

My son is a good person who has made some bad choices in his life. He now has a good understanding and has remorse for the bad choices that he has made regarding this crime. He is making a lot of positive changes to be a better person. I'm hoping that you will take this into consideration when making a fair decision regarding my son and his future.

I want to thank you your Honor for your time and attention to this matter.

Sincerely,

Elisha Steltenpohl

Dear Honorable Judge,

Hello I am writing in reference to Mason, who is appearing before you in Court for sentencing.

Mason ask me to write a Character Reference Letter, but the truth I would have done it without him asking. I feel strongly about Mason, and his future especially now that he is a father. He has been a amazing dad for River. I want to try to make you feel the same way.

Mason is a person of good Moral Character. I realize that might be hard or seem hard to believe, given the circumstances, but it's true. I have known Mason for a long time, and in this time I have seen him go through ups and downs, but all the while I have been convinced that he is a decent person. He seriously just needs more people to believe in him so that he can become a better person I absolutely know he can be.

Mason has made mistakes, we all have in life but he is incredibly remorseful and is willing to do whatever it takes to make reparations and financially and emotionally, if possible. Definitely do right and start being the good young adult I know he can be. But to do that he needs to be given a second chance. I know he has had several but I have seen him with his son and it breaks my heart to think that his son River won't see him. He is so GOOD with him. Actually he is amazing with him. River needs his father more now than anything. I recognize that he broke the law, and I do not believe that he should get off without a punishment. I just hope you will recognize the power you wield with regard to the future of this young man Mason, and make a fair decision. His son needs his father and Mason needs River. Please give Mason another chance so he can become the great father and great young man I know he can be. I have seen it. With help I think he can do it. I support him all the way.

Thank you,

Chris Koci

To the Honorable Judge,

My name is Julie Frederick, and I am writing today on behalf of Mason Beaudry and offer additional information on his character and why I believe he should be granted leniency in sentencing. I have known Mason since he was nine years old; my son played Pop Warner football with him and that is how I met him and his mother Elisha Steltenpohl. Over the ensuing years, Elisha and I became great friends and we and our sons have maintained friendship ever since.

I know that Mason has been charged with possession of a weapon, which is illegal given his history. I don't dispute what he did was wrong, however, that act does not fully define who Mason is as a person. Among many other qualities, Mason is a wonderful father to his son River, and I see the love and joy on his face when he is with him. I truly believe this has helped Mason find purpose in his life and make changes to better himself, thus allowing him to be a better father to River. Despite his legal issues, he has always maintained work, primarily in the trades, as I know he is passionate about becoming a welder someday. I know he has also went above and beyond to help River's mother, by providing money to her outside of child support, to help meet both her and River's needs on several occasions.

Mason does not have a history of violence, and while he has made some bad choices, he has always taken full responsibility for his actions. I believe Mason has made many positive changes in his life that benefit himself as well as others.

This decision impacts more than one future, and I hope and pray for leniency in sentencing so Mason can continue to be a supporting and loving father to his son and better himself.

Thank you for your time and consideration.

Julie Frederick

Mozel L. Erck

To The Honorable Judge,

I, Mozel, have been close friends with Mason Beaudry for 16 years, starting in the third grade. Even then he was light heartedly mischievous, but never was he malicious. I was shocked and distressed when I heard about his recent case as I know Mason to be a good, and honorable person.

16 years is a long time. I've been around for the hardships, and also the resulting character development. The intense loyalty in his disposition has never wavered. Mason is the type of person who would help any one of his friends, putting himself on the line, selflessly, in a moment's notice.

Primarily however, Mason is a ferociously protective, yet patient and kind father. There is nothing that he prides himself more than his little boy, River. Their relationship is truly inspiring. Mason needs River as much as River needs his dad, not only for basic necessities, but for the relationship they've cultivated. Mason would rather spend time with his almost-two-year-old little guy than anything else.

Loyal, selfless, and a strong will, he is also an undeniably hard worker. Long hours of physical labor have matured him beyond his years. He exults himself in his ability to provide for his son this way. I can't even begin to understand, let alone express, how, in the presence of major life struggles, he seemingly effortlessly perseveres for his son.

May this letter be seen as an accurate representation of Mason Beaudry's true character.

Thank you for your consideration,

Mozel L. Erck

Dear Honorable Judge,

My name is Karissa Beaudry, Mason is my younger brother. We were raised by our single mother, so I have gotten to watch him grow over the 24 years of his life. He has even been my roommate before.

Mason is a hard worker, one to put his head down and power through a task, whether he wants to complete it or not. He's also a caring, loving father, constantly fawning over and playing with his son, River.

I hope the court finds these statements useful. I know nothing in the world matters more to Mason than his son and that he truly wants to be there for him, unlike our father was there for us.

Best regards,
  Karissa Beaudry