# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
John W. Campion
Shelley M. Fite
Anderson M. Gansner
Gabriela A. Leija
Peter R. Moyers
Ronnie V. Murray
Tom Phillip
Joshua D. Uller
Kelly A. Welsh

801 East Walnut
Second Floor
Green Bay, Wisconsin 54301

Telephone 920-430-9900
Facsimile 920-430-9901

July 31, 2020

Hon. William C. Griesbach
United States District Court
125 S. Jefferson Street
Green Bay WI 54301

**Re:** *United States v. Mason O. Beaudry*
   **Case No. 19-CR-201**

Dear Judge Griesbach:

I received one more letter of support for Mason Beaudry after filing his sentencing memorandum with Exhibit A. I have attached that here. If you have any questions regarding this matter or the case in general, please let me know.

Sincerely,

<u>s/Krista Halla-Valdes</u>
Krista Halla-Valdes
First Assistant Federal Defender

cc:   AUSA Dan Humble
      USPO Brian Koehler

N:\Cases-Open\A-B\Beaudry, Mason O. - 20-023\Sentencing\Letter to Judge 073120.docx