# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **SENTENCING MINUTES** |
| **MASON O. BEAUDRY** | Case No. 19-CR-201 |

HONORABLE WILLIAM C. GRIESBACH presiding  Time Called: 2:32 p.m.
Proceeding Held: August 3, 2020  Time Concluded: 2:41 p.m.
Deputy Clerk: Mara  Tape: 080320 Zoom Video

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Daniel R. Humble |
| MASON O. BEAUDRY via video and by: | Krista Halla-Valdes |
| US PROBATION OFFICE by: | Brian Koehler |

☐ The parties have no objections to the factual statements in the PSR
☐ The parties have no objections to the application of the guidelines in the PSR

☐ Objections/corrections to factual statements in PSR by ☐ Plaintiff ☐ Defendant
☐ Objections/corrections to application of guidelines by ☐ Plaintiff ☐ Defendant

☐ The court adopts the factual statements and guideline application as set forth in the PSR
☐ The court adopts the factual statements and guideline application with these changes:

☐ The government presents sentencing argument: _____.
☐ The defendant presents sentencing argument: _____.
☐ Defendant exercises right of allocution.
☐ The court imposes sentence.
☐ The government dismisses count(s) _____.
☐ Defendant advised of appeal rights.

Mr. Humble notes there was a domestic violence temporary restraining order recently filed against the defendant and requests a short adjournment to look further into the injunction.
Mr. Koehler notes Probation has already requested a copy of the injunction and any documents related to it.
Ms. Halla-Valdes notes the defendant would like to proceed with sentencing today and addresses the defendant's history with the mother of his son.
The Court GRANTS the government's request for a short adjournment.
The Court makes findings as to proceeding via Zoom for the hearing today and GRANTS [32] Motion.
**Sentencing rescheduled to August 17, 2020 at 10:30 am via Zoom video conference.**