UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

                                                Case No. 19-CR-201

MASON BEAUDRY,

        Defendant.

---

## MOTION TO ADJOURN SENTENCING HEARING

---

Mason Beaudry, by Attorney Tom Phillip, respectfully requests that the Court adjourn the sentencing hearing currently set for Monday, August 17, 2020, for approximately 30 days. In support, counsel states the following:

1. Attorney Halla-Valdes has an unexpected medical condition that requires her to be out of the office for several weeks.

2. The defendant is not in custody.

2. Counsel notified the government and United States Probation Office regarding this request.

Wherefore, counsel for Beaudry respectfully requests the Court adjourn the sentencing hearing for approximately 30 days.

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.

Dated at Green Bay, Wisconsin, this 8th day of August, 2020.

    Respectfully submitted,

**s/ Tom Phillip**
Tom Phillip, Wisconsin Bar #1023113
Attorney for Defendant
Federal Defender Services of Wisconsin, Inc.
801 E. Walnut Street, Second Floor
Green Bay, Wisconsin 54301-4401
Tel: 920-430-9900
Fax: 920-430-9901
tom_phillip@fd.org

N:\Cases-Open\A-B\Beaudry, Mason O. - 20-023\Pre-trial\Motion to Adjourn Sentencing.docx