**STATE OF WISCONSIN, CIRCUIT COURT, OUTAGAMIE COUNTY**

Name of Petitioner: RACHAEL R VANDOMELEN
☐ Amended

*If you are completing this Petition on behalf of the Petitioner, insert your name on page 3.
Date of Birth: ___

-VS-

Respondent/Defendant: MASON A BEAUDRY
Address: [redacted]

**Petition for Temporary Restraining Order and/or Petition and Motion for Injunction Hearing**
**(Domestic Abuse – 30709)**
Case No. ___

CLERK OF CIRCUIT COURT OUTAGAMIE COUNTY FILED
AUG - 3 2020
AT ___ O'CLOCK

**Respondent's:**
| Sex | Race | Date of Birth | Height | Weight | Hair color | Eye color |
|---|---|---|---|---|---|---|
| M | WHITE | 01/03/96 | 6'2" | 120 lbs | BROWN | BROWN |

Please specify Individual at Risk's relationship(s) to Respondent/Defendant:
☐ spouse  ☐ cousin  ☐ adoptive parent
☐ former spouse  ☐ sibling  ☐ grandparent
☐ person in dating relationship  ☐ parent  ☐ child (biological/adoptive/step)
☐ current or former live-in relationship  ☐ step parent
☒ Other: [Be specific] MY SON'S FATHER

Respondent's Distinguishing Features: (such as scars, marks or tattoos)
☐ None known.

**CAUTION:** (Check all that apply)
☐ Respondent has access to weapon(s). Type of weapon(s): ___
Location of weapon(s): ___
☐ Weapon(s) were involved in an incident [past or present] involving the petitioner.

**I PETITION THE COURT** for a Temporary Restraining Order and/or Injunction against the respondent under §813.12, Wis. Stats., based on the following:

1. The adult respondent is [Mark any of the following boxes that apply]
   ☐ a. a spouse or former spouse of the petitioner.
   ☐ b. a parent, child, or a person related by blood or adoption to the petitioner.
   ☒ c. a person in a current or former live-in relationship with the petitioner.
   ☒ d. a person with whom the petitioner has a child in common.
   ☐ e. a person who provides in home or community care for the petitioner.
   ☒ f. a person with whom the petitioner has or had a dating relationship.

2. The petitioner is [Mark any of the following boxes that apply]
   ☒ a. not married to the respondent.
   ☐ b. living on property owned by respondent and the petitioner ☐ does ☐ does not have a legal interest in that property.

3. The petitioner ☒ is ☐ is not in imminent danger of physical harm.

4. Stated on next page or attached as part of this Petition is a statement of facts indicating that respondent has engaged in, or based on prior conduct of the petitioner and the respondent may engage in, domestic abuse of the petitioner.

   *(Domestic abuse is defined in §813.12(1)(am), Wis. Stats., as an intentional infliction of or threat to inflict physical pain, physical injury or illness; impairment of physical condition; damage to personal property; stalking; or sexual contact or sexual intercourse without consent. There must be facts showing an imminent danger of physical harm before a temporary restraining order can be issued.)*

   (State when, where, what happened, and who did what to whom)   ☐ See attached
   WE HAVE HAD MULTIPLE DOMESTICS TOGETHER + CONTINUE TO HAVE POLICE CONTACT REGULARLY.

Handwritten margin notes:
✗ MASON CONTINUES TO SHOW UP TO MY RESIDE AS WELL AS MY BOYFRIEN TO THREATEN MY BOYFRIEN AND ARGUE AGGRESSIVELY INFRONT OF SMALL CHILDREN INCLUDING HIS OWN WE SHARE.

THE MOST RECENT TIME I CONTACTED POLICE WAS JULY 20th (6TH CALL IN 8 MONTHS)

5. Another no contact order between the petitioner and the respondent
   ☒ does not exist or the petitioner does not know or is uncertain as to whether another no contact order exists.
   ☐ does exist.

CV-402, 05/19 Petition for Temporary Restraining Order and/or Petition and Motion for Injunction §813.12 and 814.04 Wisconsin Statutes

EXHIBIT A

Case 1:19-cr-00201-WCG   Filed 09/16/20   Page 1 of 8   Document 39-1

Name of other case: _____
County or State: [If not Wisconsin] _____
Type of Case: _____
Case Number: [If known] _____
Date of proceeding that resulted in no contact order: [If known] _____
Details of no contact order: _____

**I REQUEST THE COURT:** *[Mark any of the following boxes that apply]*

☐ 1. Issue a Temporary Restraining Order requiring the respondent to
   ☒ a. refrain from committing acts or threats of domestic abuse against the petitioner.
   ☒ b. avoid the petitioner's residence and/or any location temporarily occupied by the petitioner.
   ☐ c. avoid contacting the petitioner or causing any person other than a party's attorney or law enforcement officer to contact the petitioner. *Contact includes: contact at petitioner's home, work, school, public places, in person, by phone, in writing, by electronic communication or device, or in any other manner.*
   ☐ d. refrain from removing, hiding, damaging, harming, or mistreating, or disposing of, a household pet.
   ☐ e. allow the petitioner or a family member or household member of the petitioner acting on his/her behalf to retrieve a household pet.
   ☐ f. Other: *[List other specific behavior the petitioner wants the respondent to stop doing]* _____

2. Set a time for a hearing on the Petition for an Injunction requiring the respondent to
   ☐ a. refrain from committing acts or threats of domestic abuse against the petitioner.
   ☐ b. avoid the petitioner's residence and/or any location temporarily occupied by the petitioner.
   ☐ c. avoid contacting the petitioner or causing any other person than a party's attorney or law enforcement officer to contact the petitioner. *Contact includes: contact at petitioner home, work, school, public places, in person, by phone, in writing, by electronic communication or device, or in any other manner.*
   ☐ d. refrain from removing, hiding, damaging, harming, or mistreating, or disposing of, a household pet.
   ☐ e. allow the petitioner or a family member or household member of the petitioner acting on his/her behalf to retrieve a household pet.
   ☐ f. Other: *[List other specific behavior the petitioner wants the respondent to stop doing]* _____

☒ 3. If the Temporary Restraining Order is denied, the petitioner asks the Court to schedule an Injunction hearing.

4. Issue an Injunction against the respondent for four years or the following shorter period: _____.
   ☐ Order the wireless telephone service provider to transfer to the petitioner each telephone number(s) he/she or a minor child in his/her custody uses. The provider will transfer to the petitioner all financial responsibility for and right to the use of any telephone number(s) transferred. **(See CV-437 form, Wireless Telephone Transfer Service in Injunction Case.)**

☐ 5. Order the Injunction, which is in effect for not more than 10 years, if the Court finds a substantial risk the respondent may commit 1st or 2nd degree intentional homicide, or 1st, 2nd or 3rd degree sexual assault against the petitioner.

☐ 6. Direct the sheriff to accompany the petitioner and assist in placing the petitioner in physical possession of his/her residence, if requested.

**SERVICE ON RESPONDENT**

Before the Injunction Hearing, it is the petitioner's responsibility to contact the sheriff's office or other process server to verify that the documents were served and proof of service is filed with the Clerk of Circuit Court. The Court will not do this for the petitioner. If available in your county, another way to verify if the documents were served is to register with VPO (VINE Protective Order) on its website at *www.vinelink.com*.

If the respondent cannot be personally served with Temporary Restraining Order and Notice of Injunction Hearing: Domestic Abuse (CV-403) form, the respondent can be served by publication using Publication Notice (CV-417) form.

CV-402, 05/19 Petition for Temporary Restraining Order and/or Petition and Motion for Injunction Hearing (Domestic Abuse)    §§813.12 and 814.04, Wisconsin Statutes

Case 1:19-cr-00201-WCG    Filed 09/16/20    Page 2 of 8    Document 39-1

- The petitioner must file with the Court an affidavit stating that service of the respondent by the sheriff or a private process server was unsuccessful because the respondent was avoiding service by concealment or otherwise. The petitioner should get this affidavit from the sheriff or private process server.
- The petitioner also must send the Temporary Restraining Order and Notice of Injunction Hearing: Domestic Abuse (CV-403) form to the respondent via mail or facsimile and must provide proof of transmission (e.g. certified mail receipt, affidavit of mailing or faxing). The mailing or sending of a facsimile may be omitted if the post-office address or facsimile number cannot be ascertained with due diligence.

The Clerk of Circuit Court shall forward the Temporary Restraining Order to the sheriff and the sheriff shall assist the petitioner in serving the Temporary Restraining Order.

\* I am: [Check one]
[X] The adult Petitioner.
[ ] The guardian of Petitioner [Ward] found to be incompetent.
   (Must have *Letters of Guardianship*)

DISTRIBUTION:
1. Court
2. Petitioner/Guardian
3. Respondent
4. Law Enforcement
5. Other: _____

**I declare under the penalty of false swearing that the information I have provided is true and accurate.**

▶ _Rann_____
Petitioner/Guardian's Signature

RACHAEL VANDOMMELEN
Name Printed or Typed

07/20/20
Date                                    State Bar No. (If any)

CV-402 05/19 Petition for Temporary Restraining Order and/or Petition and Motion for Injunction Hearing (Domestic Abuse)   §§813.12 and 814.04 Wisconsin Statutes

Case 1:19-cr-00201-WCG   Filed 09/16/20   Page 3 of 8   Document 39-1

MASON ON MULTIPLE OCASSIONS HAS SHOWN UP UNINVITED CLEARLY ANGRY, UPSET, CURSING, AND SAYING DEGRADING REMARKS TO ME INFRONT OF OUR TWO YEAR OLD. THIS PAST FEBRUARY HE SHOWED UP AT MY RESIDENCE RESULTING IN A PHYSICAL ALTERCATION. HE GRABBED ME AND TOOK ME OUT OF THE RESIDENCE WHERE OUR SMALL CHILD WAS SLEEPING UPSTAIRS. I AM MOVING PLACES CURRENTLY AND DESPERATELY NEED THIS SUPPORT FROM THE COURTS. I DO NOT HAVE SUPPORT FROM MY FAMILY. I SIMPLY AM LOOKING TO PROTECT MY SON + MYSELF.

STATE OF WISCONSIN, CIRCUIT COURT, <u>OUTAGAMIE</u> COUNTY

__Rachel R. Vandomelen__
Petitioner's Name

☐ Amended

**Petitioner's Statement of Respondent's Possession of Firearms**

Case No. 20CV606

CLERK OF CIRCUIT COURT
OUTAGAMIE COUNTY FILED

AUG - 3 2020

AT _____ O'CLOCK

---

**(THIS FORM IS OPTIONAL. IF YOU CHOOSE TO USE IT, BRING IT TO THE INJUNCTION HEARING.)**

**ANSWER THE FOLLOWING QUESTIONS:**

1. Do you know whether the respondent in this case currently or in the past six months owned or possessed any firearms?
   *"Firearm" means a weapon that acts by force of gunpowder to fire a projectile, regardless of whether it is inoperable due to disassembly. (§167.31(1)(c), Wis. Stats.)*

   ☒ NO, I do not know that the respondent now owns or possesses, or during the past six months has owned or possessed, any firearms. *(If you answered no, please continue to signature line.)*

   ☐ YES, I believe the respondent currently, or within the past six months, owned or possessed a firearm. *(If you answered yes, please continue to Question 2.)*

2. List the firearm(s) that you believe the respondent currently, or within the past six months, has owned or possessed, and the quantity, make or model and location of the firearm(s).

| Firearm | Quantity | Make/Model | Serial Number | Location of Firearm(s) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

*[If you need room for additional firearms, attach additional sheet to this form]*

▶ _Rachel_____ (Petitioner signature)
RACHAEL VAN DOMELEN
Name Printed or Typed
08/03/20
Date

DISTRIBUTION:
1. Court
2. Petitioner
3. Other: _____

CV-801, 09/14 Petitioner's Statement of Respondent's Possession of Firearms　　§813.1285(2), Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.

BY THE COURT: /s/

☐ Circuit Court Judge   ☒ Circuit Court Commissioner

Maureen Budiac
Print or Type Name

Date: 8-3-2020

CLERK OF CIRCUIT COURT
OUTAGAMIE COUNTY FILED
AUG - 3 2020
AT _____ O'CLOCK

---

STATE OF WISCONSIN, CIRCUIT COURT, OUTAGAMIE COUNTY

☐ Amended

**Temporary Restraining Order**
**(Temporary Order of Protection)**
**and Notice of Injunction Hearing**
(Domestic Abuse - 30709)

Case No. 20CV606

## PETITIONER

Name of Petitioner (First, Middle, Last): RACHAEL R VANDOMELEN

Date of Birth of Petitioner: 07/20/1997

-VS-

## RESPONDENT/DEFENDANT

Name of Respondent/Defendant (First, Middle, Last): MASON O. BEAUDRY

| SEX | RACE | DOB | HT | WT |
|---|---|---|---|---|
| M | W | 01/03/96 | 6'2" | 140 |

HAIR COLOR: BRO
EYE COLOR: brown

Respondent's/Defendant's Street Address, City, State, Zip: [REDACTED]

Respondent's/Defendant's Distinguishing Features (such as scars, marks or tattoos):

☐ None known.

Please specify Petitioner's relationship(s) to Respondent/Defendant:
☐ spouse
☐ former spouse
☐ person in dating relationship
☐ current or former live-in relationship
☐ cousin
☐ sibling
☐ parent
☐ step parent
☐ adoptive parent
☐ grandparent
☐ child (biological/adoptive/step)
☒ Other: [Be specific] previous boyfriend

**CAUTION:** (Check all that apply)
☐ Respondent/Defendant has access to weapon(s). Type of weapon(s): _____
Location of weapon(s): _____
☐ Weapon(s) were involved in an incident [past or present] involving the petitioner.

---

**THE COURT FINDS:**
Findings are on the following page(s) of this Temporary Restraining Order.

**THE COURT ORDERS:**
Orders are on the following page(s) of this Temporary Restraining Order.

**THIS TEMPORARY RESTRAINING ORDER SHALL BE EFFECTIVE UNTIL** the hearing

Injunction Hearing Date- Not to exceed 14 days

CV-403 Pro Se, 05/16 Temporary Restraining Order and Notice of Injunction Hearing (TRO – Domestic Abuse)   §813.12, Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.
Page 1 of 3

Confirmed Case 1:19-cr-00202-WCG   Filed 09/16/21   Page 6 of 8   Document 39-1

**VIOLATION OF AN INJUNCTION** if issued at this hearing shall result in your arrest and may result in the imposition of criminal penalties regardless of whether you have been served a copy of the Injunction. Service of a copy of this Notice of Injunction Hearing and the Petition for the Temporary Restraining Order and/or Injunction is constructive knowledge of the existence of the Injunction.

## THIS TEMPORARY RESTRAINING ORDER IS IN EFFECT UNTIL THE INJUNCTION HEARING.

If you require reasonable accommodations due to a disability to participate in the court process, please call _____ prior to the scheduled court date. Please note that the court does not provide transportation.

DISTRIBUTION:
1. Court
2. Petitioner/Guardian
3. Respondent
4. Law Enforcement
5. Other: _____

CV-403 Pro Se, 05/16 Temporary Restraining Order and Notice of Injunction Hearing (TRO – Domestic Abuse)　　§813.12, Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.
Page 3 of 3

Case 1:19-cr-00201-WCG   Filed 09/16/20   Page 7 of 8   Document 39-1

**NOTIFICATIONS/WARNINGS TO RESPONDENT/DEFENDANT:**

This Order shall be enforced, even without registration, and is entitled to full faith and credit in every civil or criminal court of any state, the District of Columbia, any U.S. Territory, and may be enforced by Tribal Lands (18 U.S.C. Section 2265; Wis. Stats. 813.128). Crossing state, territorial, or tribal boundaries to violate this Order may result in federal imprisonment (18 U.S.C. Section 2262).

Federal law provides penalties for, and you may be prohibited from possessing, transporting, shipping, receiving or purchasing a firearm, including, but not limited to, a rifle, shotgun, pistol, revolver, or ammunition, pursuant to 18 U.S.C. 922(g)(8). Additional notifications/warnings are on the following page of this Temporary Restraining Order.

Violation of this Temporary Restraining Order shall result in immediate arrest and is punishable by imprisonment not to exceed 9 months or a fine not to exceed $10,000, or both, payment of filing and service fees, and an order for GPS tracking.

## Only the Court can change this Order.

**THE COURT FINDS:**

1. The petitioner or guardian on behalf of the petitioner filed a Petition alleging domestic abuse under §813.12, Wis. Stats.
2. This Court has personal and subject matter jurisdiction.
3. There are reasonable grounds to believe that the respondent has engaged in, or based on the prior conduct of the petitioner and the respondent, may engage in domestic abuse of the petitioner.
4. The petitioner is in imminent danger of physical harm.
5. The Court orders a Temporary Restraining Order and sets a date for an Injunction Hearing.

**THE COURT ORDERS:**

1. A hearing for an Injunction be held on

   Date: August 12, 2020   Time: 9:45 a.m.
   Circuit Court Judge/Circuit Court Commissioner: Maureen R. Budiac
   Location: ALL PARTIES TO APPEAR BY PHONE FOR THIS HEARING: Call 1(351)222-2275 and when prompted enter the conference number 85156733#

2. Service of this Notice and Order shall be made at least 73 hours prior to the hearing.
3. ☒ The respondent refrain from committing acts or threats of domestic abuse against the petitioner.
4. ☒ The respondent avoid the petitioner's residence and/or any location temporarily occupied by the petitioner.
5. ☒ The respondent avoid contacting the petitioner or causing any person other than a party's attorney or law enforcement officer to contact the petitioner unless the petitioner consents in writing. *Contact includes: contact at petitioner's home, work, school, public places, in person, by phone, in writing, by electronic communication or device, or in any other manner.*
6. ☐ The respondent refrain from removing, hiding, damaging, harming, or mistreating, or disposing of, a household pet.
7. ☐ The respondent allow the petitioner or a family member or household member of the petitioner acting on his/her behalf to retrieve a household pet.
8. ☒ The sheriff to accompany the petitioner and assist in placing the petitioner in physical possession of his/her residence, if requested.
9. ☐ Other: *[May not be inconsistent with remedies requested in the Petition]*

**FAILURE TO APPEAR** could result in an Injunction being issued directing you to:
- refrain from committing acts or threats of domestic abuse against the petitioner;
- avoid the petitioner's residence and/or any location temporarily occupied by the petitioner;
- avoid contacting or causing any other person to contact the petitioner than a party's attorney or law enforcement officer, unless the petitioner consents to that contact in writing. AND
- follow any other appropriate orders not inconsistent with the remedies requested in the Petition.

CV-403 Pro Se, 05/16 Temporary Restraining Order and Notice of Injunction Hearing (TRO – Domestic Abuse)    §813.12, Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.
Page 2 of 3

Case 1:19-cr-00201-WCG    Filed 09/16/20    Page 8 of 8    Document 39-1