# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **SENTENCING MINUTES** |
| **MASON O. BEAUDRY** | Case No. 19-CR-201 |

HONORABLE WILLIAM C. GRIESBACH presiding　　　Time Called: 1:29 p.m.
Proceeding Held: September 18, 2020　　　Time Concluded: 2:27 p.m.
Deputy Clerk: Mara　　　Tape: 091820 Zoom Video

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Daniel R. Humble |
| MASON O. BEAUDRY via video and by: | Krista Halla-Valdes |
| US PROBATION OFFICE by: | Brian Koehler |

☒ The parties have no objections to the factual statements in the PSR　　☒ The parties have no objections to the application of the guidelines in the PSR

☐ Objections/corrections to factual statements in PSR by ☐ Plaintiff ☐ Defendant　　☐ Objections/corrections to application of guidelines by ☐ Plaintiff ☐ Defendant

☒ The court adopts the factual statements and guideline application as set forth in the PSR　　☐ The court adopts the factual statements and guideline application with these changes:

The defendant consents to proceed via Zoom video conference.
The sentencing held on August 3, 2020 was adjourned to allow the government time to investigate a Temporary Restraining Order that was filed against the defendant that day.
Mr. Humble states the TRO is not relevant to today's proceedings.

☒ The government presents sentencing argument: 30 months　　☒ The defendant presents sentencing argument: Probation term
☒ Defendant exercises right of allocution.　　☒ The court imposes sentence.
☐ The government dismisses count(s) _____.　　☒ Defendant advised of appeal rights.

**SENTENCE IMPOSED:**

**Imprisonment:**   **12**  **Months and 1 day** as to Count(s)  1  of the  Indictment 
                          Months as to Count(s)       of the

    Imprisonment term for each count to be served ☐ concurrently ☐ consecutively.
        TOTAL TERM OF IMPRISONMENT IMPOSED: _____ months.

    ☐ This term of imprisonment is to be served (☐ concurrently with <u>or</u> ☐ consecutively to) any state court sentence the defendant is currently serving.

**Probation:**        Years as to Count(s)       of the

**Supervised Release:**   3   Years as to Count(s)   1   of the  Indictment 
                Years as to Count(s)       of the

**MONETARY PENALTIES**

**Special Assessment:**   $ 100.00    due immediately

**Fine:**   $           ☒ fine waived

**Restitution:**   $           ☐ determination deferred

**JOINT AND SEVERAL PAYMENTS**

☐ Fine and/or ☐ Restitution is **joint and several** with _____.
☐ Repayment of Buy Money is **joint and several** with _____.

**FORFEITURE**

☐ All property forfeited upon conviction or by order of the court shall be included in the criminal judgment.

**RECOMMENDATIONS**

☒ The court recommends the defendant's placement at a facility nearest to his home as possible.
☐ The court recommends the defendant's participation in the Bureau of Prisons' 500-hour drug treatment program.
☒ Other: The court recommends that part of the defendant's sentence may be served at a halfway house under the Bureau of Prisons' regulations.

**CUSTODY**

☐ The defendant is remanded to the custody of the U.S. Marshal Service.
☒ The defendant is to voluntarily surrender at the institution designated by the Bureau of Prisons as notified by the U.S. Probation Office; ☒ **on or before November 10, 2020.**

**CONDITIONS OF SUPERVISED RELEASE/PROBATION**

☒ The defendant does not object to the conditions of supervised release as set forth in the presentence investigation report.
☒ The defendant waives reading of the conditions of supervised release.

☒ **Mandatory Conditions of Supervision** imposed.

☒ The Court adopts the **Standard Conditions of Supervision** set forth in the presentence investigation report without change.
☐ The Court adopts the **Standard Conditions of Supervision** set forth in the presentence investigation report with the following changes:

☒ The Court adopts the **Special Conditions of Supervision** set forth in the presentence investigation report without change.
☐ The Court adopts the **Special Conditions of Supervision** set forth in the presentence investigation report with the following changes: